**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re Melissa A. Pulsipher

Appellate case numbers:   01-15-00171-CV
                          01-15-00172-CV

Trial court case numbers:  13CP0049
                          15CP0007

Trial court:               306th District Court of Galveston County

Relator's Redacted Petition for Writ of Mandamus filed on February 26, 2015 still contains references to the names of children who are the subject of parental termination cases in violation of Texas Rule of Appellate Procedure 9.8. We **STRIKE** the Redacted Petition for Writ of Mandamus and **ORDER** relator to again refile a compliant petition within 10 days of the date of this order.

Examples of missing redactions can be found in the filing on pages 129, 130, 135, 136, 137, 138, 146, 147, 156, and 158 of the .pdf version of the filing. This list, however, is not meant to be exhaustive and the document should be thoroughly reviewed again for redaction purposes. It is also recommended counsel search the .pdf version of the document using the "find" feature before refiling. Again, this order does not affect the deadline for responses to the petition from real parties in interest, which remains March 16, 2015.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                  ☑ Acting individually     ☐ Acting for the Court

Date: February 27, 2015